# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| IN RE APPLICATION FOR SEARCH WARRANT | Case No. 3:23-mj-00503 <br><br> Magistrate Judge Caroline H. Gentry |

## ORDER GRANTING MOTION TO UNSEAL

This matter is before the Court on the government's Motion to Unseal (Doc. No. 6). The Court has reviewed the contents of the sealed materials and, upon consideration, finds that the government's Motion is well-taken. Accordingly, the Court **GRANTS** the Motion to Unseal. The Clerk of Court is **DIRECTED** to **UNSEAL** this case.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

1